JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRI ALVES,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **IMPACT MARKETING SPECIALISTS, INC.,** and DOES 1 through 10, inclusive, and each of them <br><br> Defendant. | Case No. 2:17-cv-02812 PSG (Ex) <br><br> **ORDER** |



FILED
CLERK, U.S. DISTRICT COURT
JUN 1 4 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

BY FAX

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 14th day of June, 2017.

_____
The Honorable Philip S. Gutierrez

Order to Dismiss - 1